

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Rafael GUZMAN-TARULA ) <br> Defendant. ) <br> _____ ) | Case No.: CR 10-1344-VBF <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___C D Cal___ for alleged violation(s) of the terms and conditions of his/~~her~~ [prob~~ation~~] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evid key A; no interview; no resources for bail;___

1 _Nature of charges_

2 _____

3 _____

4 and/or

5 B. (✓) The defendant has not met his/~~her~~ burden of establishing by
6 clear and convincing evidence that he/~~she~~ is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: _no evidence by ∆_

10 _____

11 _____

12 _____

13

14    IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

16

17 Dated: _2/12/15_

18

19                                          _____
20                                          RALPH ZAREFSKY
                                            UNITED STATES MAGISTRATE JUDGE